hearing on the issue of the rights of the parties in the Florida property, and the judgment is affirmed.

Judgment affirmed.

GOLDBERG and EGAN, JJ., concur.

---

THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* LARRY BROWN, Defendant-Appellant.

(No. 57594;

First District (1st Division)—October 22, 1973.

Opinion by Mr. JUSTICE HALLETT.

Tyce S. Smith and Allan Ackerman, both of Chicago, for appellant.

Bernard Carey, State's Attorney, of Chicago, (Kenneth L. Gillis and Barry Rand Elden, Assistant State's Attorneys, of counsel,) for the People.

THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v*. BEN ALEX-ANDER, Defendant-Appellant.

(No. 57699;

First District (1st Division)—October 22, 1973.